## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. 4:18CR177 ALM/KPJ** |
| § | |
| **LUIS RIVERA-CELIS** § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 19, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Anand Varadarajand.

On November 26, 2018, Defendant was sentenced by the Honorable Amos Mazzant, United States District Judge, to a sentence of four (4) months imprisonment followed by a one (1) year term of supervised release for the violation of 8 U.S.C. 1326(a) - Reentry of Deported Alien. Defendant was deported to Mexico on January 17, 2019, following his term of imprisonment, and began service of the supervision term. Defendant has previously been deported at least twice, prior to January 17, 2019.

On May 23, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 25). The Petition asserts that Defendant violated the following conditions of supervision: (1) On or about March 21, 2019, in the Rio Grande Valley, in the Southern District of Texas, Mr. Luis Rivera-Celis was arrested by a U.S. Border Patrol Agent and charged with illegally re-entering the United States, in violation of U.S.C. 1326, after having

been previously deported from the United States on January 17, 2019. Defendant's illegal re-entry into the United States is a violation of the following conditions: (1) Defendant shall not commit another federal, state, or local crime; (2) Immediately upon release of confinement, Defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq*.

At the hearing, Defendant entered a plea of true to the alleged violation. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

The Court recommends that Defendant be deported. If ordered Deported, Defendant shall remain outside of the United States.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 17, 2019 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of three (3) months, with no supervised release to follow, to run consecutively to any other sentence being served.

**SIGNED this 24th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE